# IN THE COURT OF APPEALS OF TENNESSEE
## AT KNOXVILLE
### Assigned on Briefs October 31, 2002

## NANCY BARNARD MARTIN v. CHARLES HOWARD MARTIN

**Appeal from the Chancery Court for Sevier County**
**No. 00-8-318     Telford E. Forgety, Jr., Chancellor**

**FILED FEBRUARY 19, 2003**

**No. E2001-01569-COA-R3-CV**

Charles Howard Martin appeals a judgment of the Trial Court which awarded Nancy Barnard Martin a divorce and certain other relief.  We affirm.

**Tenn.R.App.P. 3 Appeal as of Right; Judgment of the Chancery Court Affirmed; Cause Remanded**

HOUSTON M. GODDARD, P.J., delivered the opinion of the court, in which HERSCHEL P. FRANKS and CHARLES D. SUSANO, J., JJ., joined.

Charles Howard Martin, *Pro Se*

John H. Fowler, Sevierville, Tennessee, for the Appellee, Nancy Barnard Maratin

## MEMORANDUM OPINION

Charles Howard Martin, an inmate of the Penal System of this State, appeals a judgment rendered in a divorce proceeding.  He questions whether the personal property of the parties was equitably divided, whether he was entitled to an injunctive relief,[1] whether the Trial Court erred in not issuing eight subpoenas on his behalf, and whether the Trial Court erred in giving him notice that the divorce hearing was set for June 26, 2001, but hearing the case on June 25, 2001.

---

[1]     Although Mr. Martin did file a pleading styled "Motion for Injunctive Relief," it does not seek an injunction, but rather an accounting as to a trust fund which he contends he had established for his children.

Our review of the record persuades us that the statement of the evidence (see appendix) filed and approved by the Trial Court refutes each of the errors asserted and that this is an appropriate case for affirmance under Rule 10 of this Court.

The cause is remanded to the Trial Court for such further proceedings, if any, as may be necessary and for collection of costs below. Costs of appeal are adjudged against Charles Howard Martin.

_____
HOUSTON M. GODDARD, PRESIDING JUDGE

--